```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 13, 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

DR. DEIRDRE CHIARAMONTE,

                                  Plaintiff,

            v.

THE ANIMAL MEDICAL CENTER, *et al.*,

                              Defendants.

-------------------------------------------------------- X

13 Civ. 5117 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On March 13, 2017, the Clerk of Court issued a Bill of Costs in this matter. (Dkt. #95). Pursuant to Federal Rule of Civil Procedure 54(d)(1), "[o]n motion served within the next 7 days, the [C]ourt may review the clerk's action." Fed. R. Civ. P. 54(d)(1). Any party wishing to file such a motion may refer the Court to its initial submission(s) (Dkt. #88, 90-91, 94), which the Court will then construe as a motion for review of today's Bill of Costs. However, should any party wish to file a supplemental motion, that motion is due **on or before March 20, 2017**, and may be **no longer than three pages**.

    SO ORDERED.

Dated:    March 13, 2017
            New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge